LAURA E. MURNANE, Appellant, *v.* EDWARD J. MURNANE, Respondent.

(Argued February 11, 1931; decided March 24, 1931.)

*Thomas A. McGrath* for appellant.

*Herbert C. Smyth, Jr.,* for respondent.

Order affirmed, without costs. Questions certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.